# BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**SAMUEL G. DOBRE**
sdobre@bsk.com
P: 646.253.2320
F: 646.253.2377

February 5, 2020

**VIA ELECTRONIC CASE FILING**

Hon. George B. Daniels, U.S.D. J.
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 5 2020

*Re:  Rogers v. Ben & Sans Concepts LLC d/b/a Ratatouille et al*
*Civil Action No. 1:19-cv-9699*

Dear Judge Daniels:

Please be advised that we represent Defendants Ben & Sands Concepts LLC d/b/a Ratatouille and 596 Third Avenue, LLC, in the above-captioned action. I am submitting this joint letter request on behalf of the Plaintiff and Defendants respectfully requesting that the February 20, 2020 Initial Conference be adjourned for thirty (30) days while the parties pursue settlement discussions. This is the first request for an adjournment. It has been stipulated by and between the Parties that Defendants time to answer, or otherwise respond to, Plaintiff's Complaint is extended up to and including March 20, 2020.

If this meets with Your Honor's approval, the Parties respectfully request you please "So Order" where indicated below.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

*Samuel Dobre*
Samuel G. Dobre

FEB 0 5 2020

**SO ORDERED**

*George B. Daniels*
Hon. George B. Daniels

cc:   Bradly Marks, Esq.
      THE MARKS LAW FIRM, PC
      Attorney for Plaintiff
      175 Varick Street, 3rd Floor
      New York, NY 10014
      (646) 770 - 3775