

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**SAMUEL G. DOBRE**
sdobre@bsk.com
P: 646.253.2320
F: 646.253.2377

March 10, 2020

**VIA ELECTRONIC CASE FILING**

Hon. Mary Kay Vyskocil, U.S.D. J.
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/11/2020
```

      Re:    *Rogers v. Ben & Sans Concepts LLC d/b/a Ratatouille et al*
               *Civil Action No. 1:19-cv-9699*

Dear Judge Vyskocil:

Please be advised that we represent Defendants Ben & Sans Concepts LLC d/b/a Ratatouille and 596 Third Avenue, LLC, in the above-captioned action. I am submitting this joint letter request on behalf of the Plaintiff and Defendants respectfully requesting that the March 20, 2020 Initial Conference be adjourned for an additional thirty (30) days while the parties pursue settlement discussions. This is the second request for an adjournment. It has been stipulated by and between the Parties that Defendants time to answer, or otherwise respond to, Plaintiff's Complaint is extended up to and including April 20, 2020.

If this meets with Your Honor's approval, the Parties respectfully request you please "So Order" where indicated below.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

*Samuel Dobre*

Samuel G. Dobre

cc:    Bradly Marks, Esq.
      THE MARKS LAW FIRM, PC
      Attorney for Plaintiff
      175 Varick Street, 3rd Floor
      New York, NY 10014
      (646) 770 - 3775

> GRANTED. The Defendants' may respond to the Complaint on or before April 20, 2020. This will be the last extension of time to respond absent a showing of good cause. The conference is adjourned sine die. The Court will issue a separate order re-scheduling the conference. SO ORDERED.
>
> *Mary Kay Vyskocil*
> Hon. Mary Kay Vyskocil
> March 11, 2020
> New York, New York

Attorneys At Law | A Professional Limited Liability Company

169314.1 3/10/2020