**BOND SCHOENECK & KING**

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**SAMUEL G. DOBRE**
sdobre@bsk.com
P: 646.253.2320
F: 646.253.2377

April 17, 2020

**VIA ELECTRONIC CASE FILING**

Hon. Mary Kay Vyskocil, U.S.D. J.
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/23/2020
```

    Re: *Rogers v. Ben & Sans Concepts LLC d/b/a Ratatouille et al*
      *Civil Action No. 1:19-cv-9699*

Dear Judge Vyskocil:

  Please be advised that we represent Defendants Ben & Sans Concepts LLC d/b/a Ratatouille and 596 Third Avenue, LLC, in the above-captioned action. Due to the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public, including the restaurant involved in this matter which has been closed indefinitely, counsel for all parties hereby respectfully request that the Court grant a sixty (60) day stay of all deadlines and/or conferences in this matter.

  The Court may wish to note that this is undersigned counsel's first request to stay this matter. Current deadlines and conferences include Defendants' time to answer, or otherwise respond to, Plaintiff's Complaint is up to and including April 20, 2020 and the Initial Conference scheduled for May 5, 2020.

  Thank you for your consideration of this unexpected, but essential, request.

  If this meets with Your Honor's approval, the Parties respectfully request you please "So Order" where indicated below.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Samuel G. Dobre*

Samuel G. Dobre

---

**DENIED.** Instead, the Court will stay all deadlines for a period of thirty (30) days without prejudice to a request to renew the stay for an additional thirty days.

**SO ORDERED**

*/s/ Mary Kay Vyskocil*
Hon. Mary Kay Vyskocil
April 23, 2020
New York, New York

Attorneys At Law | A Professional Limited Liability Company

170658.1 4/17/2020

cc: Bradly Marks, Esq.
 THE MARKS LAW FIRM, PC
 Attorney for Plaintiff
 175 Varick Street, 3rd Floor
 New York, NY 10014
 (646) 770 - 3775