**BOND SCHOENECK & KING**

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**SAMUEL G. DOBRE**
sdobre@bsk.com
P: 646.253.2320
F: 646.253.2377

May 20, 2020

**VIA ELECTRONIC CASE FILING**

Hon. Mary Kay Vyskocil, U.S.D. J.
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/21/2020
```

      Re:    *Rogers v. Ben & Sans Concepts LLC d/b/a Ratatouille et al*
              *Civil Action No. 1:19-cv-9699*

Dear Judge Vyskocil:

      Please be advised that we represent Defendants Ben & Sands Concepts LLC d/b/a Ratatouille and 596 Third Avenue, LLC, in the above-captioned action. Due to the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public, including the restaurant involved in this matter which has been closed indefinitely, counsel for all parties hereby respectfully request that the Court grant another thirty (30) day stay of all deadlines in this matter. The parties will pursue further settlement discussions and appear close to reaching a settlement.

      The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this request.

      If this meets with Your Honor's approval, the Parties respectfully request you please "So Order" where indicated below.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Samuel G. Dobre*
Samuel G. Dobre

SO ORDERED

*/s/ Mary Kay Vyskocil*
Hon. Mary Kay Vyskocil

Dated: 5/21/2020
New York, New York

cc: Bradly Marks, Esq.
THE MARKS LAW FIRM, PC
Attorney for Plaintiff
175 Varick Street, 3rd Floor
New York, NY 10014
(646) 770 - 3775

172003.1 5/20/2020157659.2