UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2020
```

ERIC ROGERS,

           Plaintiff,

-against-

BEN & SANS CONCEPTS LLC d/b/a/ RATATOUILLE and 596 THIRD AVENUE LLC,

           Defendants.

1:19-cv-09699-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    It having been reported to this Court by the parties that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **August 22, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  **July 23, 2020**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**